UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KIM BLANDINO,

          Petitioner,

v.

LAS VEGAS DETENTION CENTER, *et al.,*

          Respondents.

Case No. 2:19-cv-01010-GMN-VCF

ORDER

This habeas action comes before the Court for initial review.

The papers presented are subject to multiple deficiencies.

First, petitioner has not properly commenced this civil action by either paying the $5.00 filing fee or submitting a properly completed pauper application.

Second, petitioner did not file his petition on the Court's required petition form, as required by Local Rule LSR 3-1.

Third, petitioner did not name a proper respondent. Under Rule 2(a) of the Rules Governing Section 2254 Cases, petitioner must name as respondent the state officer who has custody of him under the challenged state-court judgment. *See also Rumsfeld v. Padilla*, 542 U.S. 426 (2004). Petitioner named the Las Vegas Detention Center and City Attorney Brad Jerbie. Neither is his custodian under the challenged judgment. The detention center, in particular, is a building, not an officer.

IT IS THEREFORE ORDERED that the Clerk shall file the petition and that petitioner shall have thirty (30) days from entry of this order within which to both: (1) pay the $5.00 filing fee or submit a properly completed application to proceed *in forma*

1

*pauperis*; and (2) file an amended petition on the Court's required petition form that names a proper respondent. This action will be dismissed without further advance notice if petitioner fails to timely comply fully with this order.[1]

The Clerk shall SEND petitioner: (a) two copies each of a pauper form for an inmate and a § 2254 petition form; (b) one copy of the instructions for each form; and (c) a copy of the papers that he filed.

DATED THIS June 15, 2019

_____
Gloria M. Navarro, Chief Judge
United States District Court

---

[1] The filing of the petition pursuant to this order does not reflect that either the petition or this action is free of deficiencies.